# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-7032** **September Term, 2019**

**1:18-cv-00063-TNM**

**Filed On: April 17, 2020** **[1838564]**

Alexander J. Bastani, et al.,

Appellants

v.

American Federation of Government Employees, AFL-CIO,

Appellee

**ORDER**

The notice of appeal was filed on April 13, 2020, and docketed in this court on April 17, 2020. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 18, 2020 |
| Docketing Statement Form | May 18, 2020 |
| Entry of Appearance Form | May 18, 2020 |
| Procedural Motions, if any | May 18, 2020 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 18, 2020 |
| Statement of Issues to be Raised | May 18, 2020 |
| Transcript Status Report | May 18, 2020 |
| Underlying Decision from Which Appeal or Petition Arises | May 18, 2020 |
| Dispositive Motions, if any (Original and 4 copies) | June 1, 2020 |

It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-7032** **September Term, 2019**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 18, 2020 |
| Entry of Appearance Form | May 18, 2020 |
| Procedural Motions, if any | May 18, 2020 |
| Dispositive Motions, if any (Original and 4 copies) | June 1, 2020 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases